IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GOFF DAIRY, LLC,

    Plaintiff,

v.                                                                                 No. 11-cv-0966 JCH/SMV

MARK A. HENRY, JR., doing business as
HENRY FARMS,

    Defendant.

### ORDER TO SHOW CAUSE

THIS MATTER is before the Court on Plaintiff's Motion for Default Judgment [Doc. 28], filed on March 1, 2013, and on Plaintiff's Praecipe [Doc. 30], filed on March 11, 2013. After the presiding judge denied the pro se Defendant's Motion to Dismiss, the Court ordered Defendant to file an Answer no later than November 8, 2012. Defendant has failed to Answer and has not requested an extension of time to do so. Consequently, Plaintiff has moved for default judgment to be entered in his favor in the amount of $991,994 plus 15% interest in the amount of $198,504.67; plus $407.61 per day starting on February 27, 2013 until the date that Judgment is entered; and for attorney fees and costs. *See* [Doc. 28].

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the **Defendant shall show cause why judgment should not entered against him in the amount requested by Plaintiff**. A telephonic show-cause hearing will be held on **May 16, 2013, at 1:30 p.m. MDT**. The parties shall call Judge Vidmar's Meet Me Line at **505-348-2357** to connect to the

proceedings.  **Defendant is admonished that failure to appear may result in judgment being entered against him in the amount requested by Plaintiff.**

    IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**