IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GOFF DAIRY, LLC,**

    Plaintiff,

v.                                                     No. 11-cv-0966 JCH/SMV

**MARK A. HENRY, JR., doing business as HENRY FARMS,**

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND ENTERING DEFAULT

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 36] ("PF&RD"), issued on June 25, 2013. On reference by the Court, [Doc. 21], the Honorable Stephan M. Vidmar, United States Magistrate Judge, recommended that default be entered against Defendant pursuant to Fed. R. Civ. P. 55(a). [Doc. 36] at 2. No objections to the PF&RD have been filed, and the time for doing so has passed.

**IT IS THEREFORE ORDERED, ADJDUGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 36] are **ADOPTED**.

**IT IS FURTHER ORDERED** that **DEFAULT** is entered **against Defendant**.

**IT IS SO ORDERED.**

                                                                       _____
United States District Judge