IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GOFF DAIRY, LLC,**

    Plaintiff,

v.                                                No. 11-cv-0966 JCH/SMV

**MARK A. HENRY, JR., doing business as**
**HENRY FARMS,**

    Defendant.

### ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:      July 30, 2013, at 9:00 a.m.

**Matter to be heard**:  Plaintiff's Motion for Default Judgment [Doc. 28]

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a Telephonic Motion Hearing is set for July 30, 2013, at 9:00 a.m. Parties shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    Plaintiff's counsel shall be prepared to explain how he calculated Plaintiff's damages and, in particular, why Plaintiff's damages are not the difference between the contract price and the reasonable replacement cost. *See* UJI 13-847 NMRA.

    **IT IS SO ORDERED**.

                                                             **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.